**ORDERED ACCORDINGLY.**



Dated: March 07, 2011

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-23310

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Frederick L. Depalma and Robin M. Depalma,<br>Debtors.<br>_____<br>HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-10<br>Movant,<br>vs.<br>Frederick L. Depalma and Robin M. Depalma, Debtors; Edward J. Maney, Trustee.<br>Respondents. | No. 2:10-bk-25857-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #65)<br><br>Hearing Date: February 22, 2011 |

**IT IS HEREBY ORDERED** that Frederick L. Depalma and Robin M. Depalma, ("Debtors") are to resume regular monthly mortgage payments of $3,912.24 commencing March 1, 2011 and are to make all subsequent payments on the 1st of each month thereafter.

IT IS FURTHER ORDERED that in the event that Debtors fail to make the above payments by the 15th of each month beginning with the March 1, 2011 payment, then all stays and injunctions, including the

automatic stays imposed by U.S. Bankruptcy Code 362(a) will be terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 2, 2006, and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-10 is the current beneficiary and Frederick L. Depalma and Robin M. Depalma, Frederick L. Depalma and Robin M. Depalma have an interest in, further described as:

> LOT 75, ROMAN ESTATES PHASE IV, ACCORDING TO BOOK 638 OF MAPS, PAGE 13, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that this Court shall retain its jurisdiction in relation to the discovery process currently undertaken by the United States Trustee's Office.